DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
AMANDA SCHAPEL, CSBN 271295
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8983
    Facsimile: (415) 744-0134
    E-mail: Amanda.Schapel@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PATRICIA A. DENNIS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:20-cv-04360-HSG<br><br>ORDER AND MOTION FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AND ANSWER TO PLAINTIFF'S COMPLAINT |

Defendant, Andrew Saul, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a 60-day extension of time to file Defendant's Electronic Certified Administrative Record and Answer to Plaintiff's Complaint. Defendant's Electronic Certified Administrative Record and Answer to Plaintiff's Complaint are due to be filed by November 20, 2020.

In light of the global Covid-19 pandemic, SSA has taken the unprecedented step of suspending in-office services to the public: https://www.ssa.gov/coronavirus/. The Agency is focusing on providing the most critical services by mail, phone and online to those most in need. SSA is also taking additional steps to protect its employees and help stop the spread of Covid-19, maximizing social distancing, including significantly limiting employee access to SSA facilities for health and safety only and has moved toward a temporary virtual work environment. Electronic processes allow some of SSA's most critical work to continue with minimal interruption; other workloads have been suspended until the health crisis abates or the Agency is able to create new electronic business processes.

For purposes of this particular case, the public health emergency pandemic has significantly impacted operations in the Social Security Administration's Office of Appellate Operations (OAO) in Falls Church, Virginia. That office is responsible for physically producing the administrative record that is required to adjudicate the case under Sections 205(g) and (h) of the Social Security Act, 42 U.S.C. § 405(g) and (h). *See* SSA Program Operations Manual System GN 03106.025.

As detailed in the attached declaration, at the end of September, OAO had more than 8,700 new court cases waiting to be processed. Additionally, OAO is focusing its efforts on processing the most aged cases and the pandemic has adversely impacted the contractors' capacity to deliver hearing transcripts. Although overall the timeframe for delivering an administrative record has improved, the backlog, prioritizing aged cases, and contractor capacity continue to cause some delays.

Mtn. & Order, 4:20-cv-04360-HSG                 2

Given the volume of pending cases, Defendant requests a 60-day extension in which to respond to the Complaint, until January 19, 2021. If in 60 days the electronic certified administrative record is not prepared, the Commissioner will file a status report with the Court as to when he expects the administrative record to be completed.

Counsel for Defendant contacted counsel for Plaintiff, and he does not oppose this extension.

Respectfully submitted,

Dated: November 18, 2020

DAVID L. ANDERSON
United States Attorney

By: /s/ *Amanda Schapel*
AMANDA SCHAPEL
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED:

Dated: 11/19/2020          By: _____
                               HON. HAYWOOD S. GILLIAM, JR.
                               United States District Judge