RICHARD ZIEMAN (CSB 230832)
1860 EL CAMINO REAL, STE 438
BURLINGAME, CA 94010
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DENNIS<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br><br>Commissioner for Social Security<br><br>　　　　Defendant | Case No.: 4:20-cv-04360 HSG<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT AND SUPPORTING MEMORANDUM. |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file Plaintiff's Motion for Summary Judgment and supporting memorandum pursuant to Civil L.R. 16-1(e). The motion with supporting memorandum was due on Wednesday, February 3, 2021. It is now due on Friday, March 5, 2021. All other deadlines will be extended accordingly.

This is Plaintiff's first request.

//

//

//

DATED:   February 3, 2021                /s/ Richard Zieman

                                                                               RICHARD ZIEMAN
                                                                               Attorney for Plaintiff

DATED:   February 3, 2021                /s/ Amanda Schapel

                                                                               AMANDA SCHAPEL,
                                                                               Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  2/2/2021

                                        HONORABLE HAYWOOD S. GILLIAM, JR
                                        United States District Court Judge