RICHARD ZIEMAN (CSB 230832)
1860 EL CAMINO REAL, STE 438
BURLINGAME, CA 94010
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email:  Zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DENNIS )<br><br>            Plaintiff, )<br><br>      vs. )<br><br>ANDREW SAUL, )<br><br>Commissioner for Social Security )<br><br>            Defendant ) | Case No.: 4:20-cv-04360 HSG<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT AND SUPPORTING MEMORANDUM. |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 3 days in which to file Plaintiff's Motion for Summary Judgment and supporting memorandum pursuant to Civil L.R. 16-1(e). The motion with supporting memorandum was due on Friday, March 5, 2021.  It is now due on Monday, March 8, 2021.  All other deadlines will be extended accordingly.

This is Plaintiff's second request.   Overall case load and current calendar, as well as some personal/medical issues, has caused me to request this additional time.

//
//
//

DATED:   March 2, 2021            /s/ Richard Zieman
                                  RICHARD ZIEMAN
                                  Attorney for Plaintiff


DATED:   March 2, 2021            /s/ Amanda Schapel
                                  AMANDA SCHAPEL,
                                  Special Assistant U.S. Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED:  3/3/2021                  *[signature: Haywood S. Gilliam Jr.]*
                                  HONORABLE HAYWOOD S. GILLIAM, JR
                                  United States District Court Judge